## EXXON MOBIL CORPORATION VERIFICATION

I, James Hays, hereby verify that I am familiar with the allegations in the Complaint, that I have authorized the filing of the Complaint, and that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: *May 13, 2020*

James Hays